JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>  v.<br><br>H.K.W. AND CO. INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-03015-PA-SS<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 11, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

1